UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZOLENSKY II, | No. 2:16-cv-00788-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN MEDFLIGHT, INC.; and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

On April 18, 2016 this court issued a standing order. ECF No. 3-1. In the order, the parties were directed to engage in a meet and confer prior to filing a motion. *Id.* at 3. The meet and confer directive was designed to have the parties discuss thoroughly the substance of the contemplated motion and any potential resolution. *Id.* After meeting and conferring, if a party still desired to file a motion, that party was directed to file a notice of motion containing "a certification by counsel filing the motion that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts." *Id.*

On April 19, 2016, defendant American Medflight, Inc. filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). ECF No. 7. American Medflight, Inc.'s counsel did not file a certification indicating that meet and confer efforts have been exhausted. Thus, counsel did not comply with the 2016 standing order.

1

Accordingly, counsel for defendant American Medflight, Inc. is hereby ORDERED, within seven (7) days of entry of this order, to show cause why he should not be sanctioned in the amount of $250 for his failure to comply with this court's order.

IT IS SO ORDERED.

DATED: July 11, 2016.

_____
UNITED STATES DISTRICT JUDGE