1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT ZOLENSKY II,                          No. 2:16-cv-0788-KJM-KJN

12              Plaintiff,

13        v.                                       ORDER

14   AMERICAN MEDFLIGHT, INC.,

15              Defendant.

16

17        On January 26, 2017, this case was before the undersigned to address defendant American

18   Medflight, Inc.'s ("defendant") motion for protective order to extend the time for it to respond to

19   plaintiff Robert Zolensky II's outstanding requests for production of documents.  (ECF No. 21.)

20   Attorneys Anthony Zaller and Daimon Robinson appeared on behalf of plaintiff.  Attorney

21   Anthony Hall appeared on behalf of defendant.

22        Based on defendant's motion, the parties' joint statement regarding this discovery dispute,

23   other relevant filings, and oral arguments, and by the parties' agreement expressed at the hearing,

24   IT IS HEREBY ORDERED that:

25        1.  Defendant's motion for protective order to extend time (ECF No. 21) is GRANTED.

26        2.  Defendant shall fully respond to plaintiff's outstanding requests for production of

27            documents by no later than February 24, 2017.  No further extensions of time will be

28            granted.

1

1    3.   By agreement and cooperation of the parties, the March 14, 2017 discovery deadline is

2         extended to May 14, 2017.[1]  The parties have agreed that all other deadlines currently

3         set forth in the amended pretrial scheduling order filed January 6, 2017 (ECF No. 23)

4         shall remain unchanged.

5    IT IS SO ORDERED.

6  Dated:  January 26, 2017

7

8                                                      KENDALL J. NEWMAN
                                                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[1] This deadline is modified pursuant to the authority granted to the assigned magistrate judge by

28  the amended pretrial scheduling order filed in this action on January 6, 2017.  (ECF No. 23 at 9.)