1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ZOLENSKY II, | **Case No.: 2:16-cv-00788-KJM-KJN** |
| Plaintiff, | <u>DISCOVERY MATTER</u> |
| v. | The Honorable Kendall J. Newman |
| AMERICAN MEDFLIGHT, INC., | **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT APRIL 13, 2017 DISCOVERY HEARING** |
| Defendant. | |

[PROPOSED] ORDER

1  This Court has reviewed the Request of Plaintiff Robert Zolensky II ("Plaintiff") to appear telephonically at the hearing on discovery disputes scheduled for April 13, 2017, at 10:00 a.m., in Courtroom 25 of this Court by the Amended Notice of Hearing filed by Defendant [ECF No. 28] and the Court's text-only entry setting the hearing time for 10:00 a.m. [ECF No. 31].

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Plaintiff may appear telephonically at the hearing on discovery disputes scheduled for April 13, 2017, at 10:00 a.m., in Courtroom 25.

IT IS SO ORDERED.

Dated:  April 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

VAN VLECK ZALLER & ROBINSON LLP

By:  */s/ LisaJ.Borodkin*
     Anthony J. Zaller
     Damion D. D. Robinson
     Lisa J. Borodkin

*Attorneys for Plaintiff Robert Zolensky II*