UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT ZOLENSKY II, | No. 2:16-cv-00788-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| AMERICAN MEDFLIGHT, INC., | |
| Defendants. | |

The parties jointly request (ECF No. 43) amendment of dates in the pretrial scheduling order (ECF No. 23). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | May 14, 2017 | August 11, 2017 |
| All Dispositive Motions | July 5, 2017 | October 6, 2017 |
| File Joint Pretrial Conference Statement | October 5, 2017 | December 28, 2017 |
| Final Pretrial Conference | October 26, 2017 | January 18, 2018 |

As stated in the prior amended scheduling order, a proper trial date will be discussed during the pre-trial conference. ECF No. 23. This amendment does not alter any other portions of the scheduling order. The parties have stipulated to a settlement conference before

1

Magistrate Judge Newman.  *See* ECF No. 43 at 3.  The parties are ordered to conduct a settlement conference with Magistrate Judge Newman by July 27, 2017.

        IT IS SO ORDERED.

DATED: April 21, 2017

_____
UNITED STATES DISTRICT JUDGE