1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   ROBERT ZOLENSKY II,                              No.  2:16-cv-0788-KJM-KJN

10                    Plaintiff,

11       v.                                           ORDER

12   AMERICAN MEDFLIGHT, INC.,

13                    Defendant.

14

15           On May 16, 2017, the parties conducted settlement negotiations before the undersigned

16   and reached a verbal settlement agreement.  (ECF No. 61.)  The parties were ordered to file

17   dispositional documents within 60 days, which expired on July 15, 2017.  (Id.)  To date, no such

18   documents have been filed with the court.

19           Accordingly, IT IS HEREBY ORDERED that:

20           1.      Within seven days of this order, the parties shall show cause in writing why

21   dispositional documents have not been filed.  Failure to comply may result in the imposition of

22   sanctions.

23           IT IS SO ORDERED.

24   Dated:  August 9, 2017

25

26
    14/16.788.zolensky v. american medflight. OSC
27                                                    KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE
28

                                              1